```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/4/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMEL FIELDER,

       Plaintiff,

-against-

DETECTIVE FATON ALICKAJ SHIELD #3862
DETECTIVE JOHN CARUSO SHIELD #1593,
both of the 40th Precinct Detective Squad,
the officers are sued in their capacity
as individuals,

       Defendants.

22 Civ. 9005 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  On October 26, 2022, the Court ordered the parties to file a joint letter and proposed case management plan by April 19, 2023. ECF No. 8. On January 22, 2023, this action was selected for participation in the Southern District of New York's mediation program. Dkt. Entry 01/22/2023. Accordingly, by **May 31, 2023**, the parties shall submit their joint letter and proposed case management plan.

  SO ORDERED.

Dated: April 4, 2023
   New York, New York

              _____
               ANALISA TORRES
              United States District Judge