UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JAMEL FIELDER,

                Plaintiff,

-against-

DETECTIVE FATON ALICKAJ SHIELD #3862
DETECTIVE JOHN CARUSO SHIELD #1593,
both of the 40th Precinct Detective Squad,
the officers are sued in their capacity
as individuals,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/18/2023
```

22 Civ. 9005 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiff's letter dated May 17, 2023. ECF No. 15. Plaintiff "request[s] [that] the Court [so] [o]rder the [p]rotective [o]rder which is part of Local [Civil] Rule 83.10." *Id.* Under Local Civil Rule 83.10, the protective order attached to Plaintiff's letter, ECF No. 15-1, "shall be deemed to have been issued in all cases governed by [Local Civil] Rule[ 83.10]." Local Civ. R. 83.10(k); *see also* https://www.nysd.uscourts.gov/sites/default/files/pdf/Local-Civil-Rule-83.10.Final.pdf (Exhibit D). However, the Court shall not retain jurisdiction over the protective order following the termination of the litigation. *See* ECF No. 15-1 ¶ 11. The Court shall, therefore, issue a modified protective order. Accordingly, Plaintiff's request is GRANTED in part and DENIED in part.

      SO ORDERED.

Dated: May 18, 2023
         New York, New York

                                              ANALISA TORRES
                                       United States District Judge