UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/12/2023__
```

JAMEL FIELDER,

                Plaintiff,

-against-

DETECTIVE FATON ALICKAJ SHIELD #3862
DETECTIVE JOHN CARUSO SHIELD #1593,
both of the 40th Precinct Detective Squad,
the officers are sued in their capacity
as individuals,

                Defendants.

22 Civ. 9005 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' proposed stipulation and order of dismissal. ECF No. 24. The parties must specify whether the case is being voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41. Accordingly, by **July 17, 2023**, the parties shall file a revised proposed stipulation.

      SO ORDERED.

Dated: July 12, 2023
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge